BRUNSWICK PRAVER & NASSOF, INC., and JACOB L. SACHS, Respondents, v. TRIBORO PROPERTIES, INC., Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Scudder, Tompkins, Davis and Johnston, JJ.

MORRIS CAESAR, Appellant, v. H. S. CHARDAVOYNE, INC., Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Scudder, Tompkins, Davis and Johnston, JJ.

HELEN G. CAVANAGH, Respondent, v. JOHN JEFFERSON CAVANAGH, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Scudder, Tompkins, Davis and Johnston, JJ.

HARRY CHRISTIAN, Respondent, v. RAMAPO AUTO SALES CO., INC., Appellant.— The motion to reargue the motion for a reargument of the appeal is granted, and upon reargument, the motion to reargue the appeal is granted. Present — Lazansky, P. J., Scudder, Tompkins, Davis and Johnston, JJ. [See ante, p. 724; Id., p. 754.] Upon reargument of the appeal, the decision is as follows: Plaintiff's automobile was damaged by fire while partly within defendant's public garage. Appeal by defendant from a judgment in plaintiff's favor. Judgment of the County Court of Rockland county reversed on the law and a new trial ordered, costs to abide the event. In our opinion, the refusal of the court to charge as requested by defendant at folios 297–299, and its failure to define in appropriate language the question of negligence as applicable to the case, were prejudicial errors, requiring a new trial. Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ., concur.

CITY OF MOUNT VERNON, Respondent, v. THE MOUNT VERNON TRUST COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Scudder, Tompkins, Davis and Johnston, JJ.

JOHN HOLLEY CLARK, JR., Respondent, v. FIORELLO H. LAGUARDIA, as Mayor of the City of New York, and Others, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Scudder, Tompkins, Davis and Johnston, JJ.

CORSON CONSTRUCTION CORPORATION, Appellant, v. MICHAEL DIMPERIO, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Scudder, Tompkins, Davis and Johnston, JJ.

RACHEL DUNAYER, Respondent, v. SAM SCHECHTER, Appellant.— Motion to direct that the bill of particulars be incorporated in the record on appeal denied. Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Scudder, Tompkins, Davis and Johnston, JJ.

FRIEDA DUNLAP, Respondent, v. CLIFFORD A. CRISPELL, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay continued until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Scudder, Tompkins, Davis and Johnston, JJ.